JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10090
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PENNI GRUENBERG, an individual, | CASE NO.:  2:25-cv-01455-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Company; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, PENNI GRUENBERG ("Plaintiff"), through her counsel of record, THE GALLIHER LAW FIRM, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 16th day of October 2025.    DATED this 17th day of October 2025.

**THE GALLIHER LAW FIRM**                **HARPER | SELIM**

_____              _____
KEITH E. GALLIHER, JR.                  JAMES E. HARPER
Nevada Bar No. 220                      Nevada Bar No. 9822
GEORGE J. KUNZ                          SABRINA G. WIBICKI
Nevada Bar No. 12245                    Nevada Bar No. 10669
1850 East Sahara Avenue, Suite 107      1935 Village Center Circle
Las Vegas, NV 89104                     Las Vegas, Nevada 89134
*Attorneys for Plaintiff*               *Attorneys for Defendants*

1

## ORDER

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
Dated: October 20, 2025